# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RYAN DAVID FIROVED,

    Petitioner,

v.

RON HAYNES,

    Respondent.

C18-1382 TSZ

ORDER

Having reviewed Petitioner's Petition for Writ of Habeas Corpus, docket no. 7, the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler, docket no. 14, Petitioner's Objections to the R&R, docket no. 15, Respondent's Response, docket no. 16, and the balance of the record, the Court ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.
2. Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED with prejudice.
3. Petitioner is DENIED issuance of a certificate of appealability.

The Clerk shall send a copy of this Order to the parties and to the Honorable Mary Alice Theiler.

ORDER - 1

IT IS SO ORDERED.

Dated this 8th day of April, 2019.

                                                    /s/ Thomas S. Zilly
                                                    Thomas S. Zilly
                                                    United States District Judge